■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT PUIG, Also Known as ERIC ORTIZ, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (West, J.), rendered November 29, 1990, convicting him of criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defen-

dant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Lawrence, Miller, Copertino and Santucci, JJ., concur.